UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | No. 2:18-cv-3089 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| DAVID BAUGHMAN, et al., | |
| Defendants. | |

Plaintiff, a civil detainee proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before the court are plaintiff's objections to the undersigned's September 30, 2019 recommendation that this action be dismissed for failure to amend. See ECF Nos. 21, 22. For the reasons stated below, the court will vacate its recommendation and grant plaintiff a final opportunity to file an amended complaint.

I. RELEVANT PROCEDURAL HISTORY

On August 12, 2019, the court issued a screening order directing plaintiff to file an amended complaint within thirty days. ECF No. 16. Thereafter, instead of complying with the court's order, plaintiff filed a motion to disqualify a judge in another matter, Hill v. Rios, No.

////

1

2:18-cv-3224 EFB ("Rios"), and he also filed objections to the court's denial of that motion. See ECF Nos. 17, 20.

As a result of plaintiff's failure to file an amended petition, the undersigned recommended that this action be dismissed for failure to amend. See ECF No. 21. In response, plaintiff filed objections on October 21, 2019 (see ECF No. 22) which the court now considers.

II.  DISCUSSION

In plaintiff's objections, he argues that this action should not be dismissed because he intended to file an amended complaint in this case, but instead, he may have mistakenly filed it the Rios case. See ECF No. 22 at 1-3. Plaintiff asks the court to check the docket in Rios for his amended complaint. See id. at 2-3. In the alternative, plaintiff asks the court to issue an order granting him another opportunity to file the amended complaint. See id.

The court takes judicial notice of Hill v. Rios, No. 2:18-cv-3224 EFB and the documents filed therein. See United States v. Howard, 381 F.3d 873, 876 n.1 (9th Cir. 2004) (stating court may take judicial notice of its own records); see, e.g., Shuttlesworth v. City of Birmingham, 394 U.S. 147, 156-57 (1969) (taking judicial notice of opinion of related case). A cursory review of the docket in Rios indicates that plaintiff has filed multiple amended complaints therein, at least one of which appears to relate to the instant action. See, e.g., Rios, ECF No. 14. However, that amended complaint was filed on July 28, 2019[1] (see id. at 6), a date which precedes this court's August 12, 2019 order to amend.

It is not the court's responsibility to ensure that a plaintiff who is litigating multiple actions has his amended pleadings filed in the correct case. However, in the interests of fairness and in light of plaintiff's alleged status as a civil detainee with mental health and/or disability issues (see generally ECF No. 1 at 3-4), the court will vacate the outstanding findings and

////

---

[1] Plaintiff signed the amended complaint on July 28, 2019. See Rios, ECF No. 14 at 6. The court presumes that plaintiff delivered the document to prison officials at that time. An incarcerated individual's pro se filing is deemed filed at the moment of delivery to prison officials. Houston v. Lack, 487 U.S. 266 (1988); Douglas v. Noelle, 567 F.3d 1103, 1107 (9th Cir 2009).

recommendations and grant plaintiff a final thirty-day period within which to file a first amended complaint.

Plaintiff is cautioned that he must take care to file documents in the correct cases, using the correct case numbers. Absent exigent circumstances, no further extensions of time will be granted. Plaintiff is warned that failure to timely respond to this order may result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed September 30, 2019 (ECF No. 21), are VACATED, and

2. Within thirty days of the date of this order, plaintiff shall file a first amended complaint which complies with the court's August 12, 2019 screening order. See ECF No. 16.

DATED: October 25, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE