UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | No. 2:18-cv-3089 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| DAVID BAUGHMAN, et al., | |
| Defendants. | |

Plaintiff, a civil detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 27, 2022, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 37. Plaintiff has filed objections to the findings and recommendations as well as a motion for reconsideration. ECF Nos. 38, 39. Because the motions were filed the same day,[1] and because plaintiff's

---

[1] See ECF No. 38 at 1 (showing September 29, 2022, as signature date of plaintiff's objections). See also ECF No. 39 at 9 (showing September 29, 2022, as signature date of plaintiff's motion for reconsideration). The signing date of a pleading is the earliest possible filing date pursuant to the mailbox rule. See Roberts v. Marshall, 627 F.3d 768, 769 n.1 (9th Cir. 2010) (stating constructive filing date for prisoner giving pleading to prison authorities is date pleading is signed); Jenkins v. Johnson, 330 F.3d 1146, 1149 n.2 (9th Cir. 2003), overruled on other grounds

1

objections filing provides no substantive argument (see generally ECF No. 38) (statement of non-consent with undersigned's findings and recommendations attached), the Court construes plaintiff's motion for reconsideration as additional objections to the magistrate's findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall edit docket entry ECF No. 39 to read "Additional Objections to Findings and Recommendations (Motion for Reconsideration)" and remove the gavel icon next to it;

2. The findings and recommendations issued September 27, 2022 (ECF No. 37), are ADOPTED in full;

3. Plaintiff's motion for a preliminary injunction (ECF No. 31) is DENIED, and

4. Plaintiff's motion for summary judgment (ECF No. 36) is DENIED as premature.

IT IS SO ORDERED.

Dated: November 21, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

by Pace v. DiGuglielmo, 544 U.S. 408 (2005).

2