UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID BAUGHMAN, et al.,<br><br>　　　　Defendants. | No.  2:18-cv-3089 MCE AC P<br><br><br>ORDER |

　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983.  Plaintiff alleges that defendants violated his Eighth Amendment right to be free from excessive force.  On December 5, 2022, defendants filed a motion to opt out of the post-screening ADR Project.  ECF No. 41.  After reviewing the motion, the court finds good cause to grant it.

　　Accordingly, IT IS HEREBY ORDERED that:

　　1. Defendants' motion to opt out (ECF No. 41) is GRANTED and the STAY of this action is LIFTED, and

　　2. Within twenty-one days from the date of this order, defendants shall file a responsive pleading.

DATED: December 6, 2022

　　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_____
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE