UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br>Plaintiff,<br>v.<br>RIOS, et al.,<br>Defendants. | No. 2:18-cv-3089 DJC AC P<br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

Plaintiff, a civil detainee proceeding without counsel, filed this civil rights action pursuant to 42 U.S.C. § 1983. On September 11, 2024, the court granted defendants' motion for summary judgment, entered judgment, and closed this case. ECF Nos. 55, 56. Petitioner appealed this decision to the Ninth Circuit. ECF No. 59.

On May 27, 2026, after finding that Hill had raised a genuine dispute of material fact as to whether defendants used objectively unreasonable force against him, the Ninth Circuit reversed and remanded the matter to this court. ECF No. 62 at 2. The case was reassigned. ECF No. 63. The reassignment order, which was mailed to petitioner, was returned as undeliverable.

On June 18, 2026, the Ninth Circuit issued a formal mandate, making its decision effective on that date. ECF No. 64. On August 3, 2026, the matter was referred to the undersigned by order. ECF No. 64. That order was also returned as undeliverable.

The court compared plaintiff's address in this action with the address in his appeal before

the Ninth Circuit. See Hill v. Rios, No. 24-6444 (9th Cir.). Both cases reflect the same address. Additionally, both dockets reflect that recent mail has been returned by the postal service.

It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than thirty days have passed since the court's May 29, 2026 order, ECF No. 63, was returned by the postal service and plaintiff has failed to notify the Court of a current address.

Accordingly, **IT IS HEREBY RECOMMENDED** that this action be dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 21, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE